FILED
NOV - 2 2005
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

A.A.B JOINT VENTURE
P.O. Box 37
Rosh Ha'Aiyn
68100 Israel,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 05-1172C

## RCFC 40.2 NOTICE OF DIRECTLY-RELATED CASES

COMES NOW, Plaintiff A.A.B Joint Venture, by its undersigned attorneys, and pursuant to RCFC 40.2(a)(1), does hereby file this Notice of Directly-Related Cases, and states as follows:

1. Title & Number of Related Cases: This new action is directly-related to the following identified cases, each of which is pending before the Honorable Chief Judge Edward J. Damich, and styled as:

i. A.A.B Joint Venture v. United States of America, COFC Case No. 04-1719 C, filed in the Court on November 30, 2004, as amended on December 20, 2004.

ii. A.A.B Joint Venture v. United States of America, COFC Case No. 04-1792 C, filed in the Court on December 21, 2004.

iii. A.A.B Joint Venture v. United States of America, COFC Case No. 05-114 C, filed in the Court on January 14, 2005.

2. Brief Statement of Relationship: All four actions (including this new action) involve the same parties, the same contract and the same project. Rule 40.2(a)(1)(B).

3. Judicial Economy of Assigning or Consolidating Cases Statement: Assignment to a single judge, including consolidation of the cases, would conserve both judicial resources and

promote an efficient determination of the actions. This is further supported by the fact that both cases involve the same contract and the same parties.

Respectfully submitted,

Dated: November 2, 2005

Brian Cohen
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300
Attorney for Appellant

Of Counsel:

Lawrence M. Prosen, Esq.
Philip C. Jones, Esq.
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300

Devorah Patt, Esq.

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED DOES HEREBY CERTIFY that a copy of the foregoing Notice of Directly-Related Cases, was mailed via first-class, U.S. Mail, postage pre-paid this 2nd day of November, 2005, upon:

David Cohen
Director
Civil Division
United States Department of Justice
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Brian Cohen