# In the United States Court of Federal Claims

No. 05-1172 C

(Filed: April 12, 2006)

```
************************************
A.A.B JOINT VENTURE,               *
                                   *
              Plaintiff,           *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
************************************
```

## ORDER

On February 14, 2006, Defendant filed a Motion to Consolidate in this case, requesting the Court to consolidate *A.A.B Joint Venture v. United States* (No. 04-1719 C), *A.A.B Joint Venture v. United States* (No. 05-114 C), *A.A.B Joint Venture v. United States* (No. 05-1172 C), and *A.A.B Joint Venture v. United States* (No. 06-49 C). Defendant's motion is hereby GRANTED.

The Court DIRECTS the Clerk of the Court to consolidate this case with *A.A.B Joint Venture v. United States* (No. 04-1719 C), *A.A.B Joint Venture v. United States* (No. 05-114 C), and *A.A.B Joint Venture v. United States* (No. 06-49 C). All future filings shall be made in *A.A.B Joint Venture v. United States* (No. 04-1719 C).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge